**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 1 7 2006

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEROME J. HALL,

    Plaintiff,

vs.    Civ. No. 04-873 JH/RLP

THE CITY OF ALBUQUERQUE,
TIM GONTERMAN, SEAN HIGDON,
and DAVID HINSON,

    Defendants.

## VERDICT FORM

1. On Plaintiff's Section 1983 excessive force claim against Defendant Gonterman, we find in favor of:

    _Plaintiff Jerome Hall_
(Plaintiff Jerome Hall or Defendant Gonterman)

*Please go on to Question 2.*

2. On Plaintiff's Section 1983 excessive force claim against Defendant Higdon, we find in favor of:

    _Plaintiff Jerome Hall_
(Plaintiff Jerome Hall or Defendant Higdon)

*Please go on to Question 3.*

3. On Plaintiff's Section 1983 excessive force claim against Defendant Hinson, we find in favor of:

    _Plaintiff Jerome Hall_
(Plaintiff Jerome Hall or Defendant Hinson)

*Please go on to Question 4.*



4. On Plaintiff's Section 1983 wrongful arrest claim against Defendant Gonterman, we find in favor of:

__Defendant Gonterman__
(Plaintiff Jerome Hall or Defendant Gonterman)

*Please go on to Question 5.*

5. On Plaintiff's Section 1983 wrongful arrest claim against Defendant Higdon, we find in favor of:

__Defendant Higdon__
(Plaintiff Jerome Hall or Defendant Higdon)

*Please go on to Question 6.*

6. On Plaintiff's Section 1983 wrongful arrest claim against Defendant Hinson, we find in favor of:

__Defendant Hinson__
(Plaintiff Jerome Hall or Defendant Hinson)

*Please go on to Question 7.*

7. On Plaintiff's assault claim against Defendant Gonterman, we find in favor of:

__Defendant Gonterman__
(Plaintiff Jerome Hall or Defendant Gonterman)

*Please go on to Question 8.*

8. On Plaintiff's assault claim against Defendant Higdon, we find in favor of:

__Defendant Higdon__
(Plaintiff Jerome Hall or Defendant Higdon)

*Please go on to Question 9.*

9. On Plaintiff's assault claim against Defendant Hinson, we find in favor of:

__Defendant Hinson__
(Plaintiff Jerome Hall or Defendant Hinson)

*Please go on to Question 10.*

10. On Plaintiff's battery claim against Defendant Gonterman, we find in favor of:

_Plaintiff Jerome Hall_
(Plaintiff Jerome Hall or Defendant Gonterman)

*Please go on to Question 11.*

11. On Plaintiff's battery claim against Defendant Higdon, we find in favor of:

_Defendant Higdon_
(Plaintiff Jerome Hall or Defendant Higdon)

*Please go on to Question 12.*

12. On Plaintiff's battery claim against Defendant Hinson, we find in favor of:

_Defendant Hinson_
(Plaintiff Jerome Hall or Defendant Hinson)

*Please go on to Question 13.*

13. On Plaintiff's false imprisonment claim against Defendant Gonterman, we find in favor of:

_Defendant Gonterman_
(Plaintiff Jerome Hall or Defendant Gonterman)

*Please go on to Question 14.*

14. On Plaintiff's false imprisonment claim against Defendant Higdon, we find in favor of:

_Defendant Higdon_
(Plaintiff Jerome Hall or Defendant Higdon)

*Please go on to Question 15.*

15. On Plaintiff's false imprisonment claim against Defendant Hinson, we find in favor of:

_Defendant Hinson_
(Plaintiff Jerome Hall or Defendant Hinson)

*Please go on to Question 16.*

16. Do you find that Defendant Gonterman negligently caused an assault, battery, or false imprisonment of Plaintiff?

__No__
(Yes or No)

*Please go on to Question 17.*


17. Do you find that Defendant Higdon negligently caused an assault, battery, or false imprisonment of Plaintiff?

__Yes__
(Yes or No)

*Please go on to Question 18.*


18. Do you find that Defendant Hinson negligently caused an assault, battery, or false imprisonment of Plaintiff?

__Yes__
(Yes or No)


*If you have found for the Plaintiff on any of Questions 1-18, then go on to Question 19. If you have found for the Defendants on all of the preceding questions, do not answer any more questions. Please sign and date this Verdict Form and inform the Court Security Officer that you have reached your verdict.*


19. We find the total amount of Plaintiff's damages to be:

$ __72,030.00__
 (enter dollar amount)


*Please go on to Question 20.*

4

20. For each Defendant who you found liable in Questions 1-18, state whether or not you find that Defendant also liable for punitive damages, and if so, the amount of punitive damages. You may not assess punitive damages against a Defendant who you did not find liable for damages in Questions 1-18.

Gonterman liable for punitive damages?  __Yes__  $200,000.00
                                        (yes or no)  (amount)

Higdon liable for punitive damages?  __Yes__  $20,000.00
                                     (yes or no)  (amount)

Hinson liable for punitive damages?  __Yes__  $15,000.00
                                     (yes or no)  (amount)

*Please sign and date this verdict form, and inform the Court Security Officer that you have completed your deliberations.*

_[signature]_
Foreperson

_November 17, 2006_
Date